SQUIRE SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (State Bar No. 114789)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: (415) 954-0200
Facsimile: (415) 391-2493

Attorneys for Defendant
ECHOSTAR SATELLITE CORPORATION



E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION



| | |
|---|---|
| SUNUP DESIGN SYSTEMS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ECHOSTAR SATELLITE CORPORATION, an Colorado corporation; and DOES 1-20, <br><br> Defendants. | Case No.: C 01-20921 <br><br> [Santa Clara Superior Court Case No. CV801155] <br><br> **NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1441, 1446, Defendant EchoStar Satellite Corporation ("Defendant") hereby removes this action to the United States District Court for the Northern District of California.

### JURISDICTION

This Court has removal jurisdiction over this case pursuant to 28 U.S.C. §§ 1441 and 1332 as discussed in further detail in paragraphs 1 through 8 below.

### INTRA-DISTRICT ASSIGNMENT

Assignment to the San Jose Division of this Court is appropriate under Civil Local Rule 3-2(e) because the Plaintiffs in this action have alleged that a substantial part of the events or omissions giving rise to their claims occurred in Santa Clara County.

///

SQUIRE SANDERS & DEMPSEY LLP
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

NOTICE OF REMOVAL
Case No. _____

SF #: 49439v1

## BASIS FOR REMOVAL

Removal is proper for the following reasons:

1. Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

2. This action is pending in the Superior Court of the State of California for the County of Santa Clara. The United States District Court for the Northern District of California embraces the Santa Clara County Superior Court within its jurisdiction.

3. The Complaint was filed on or about August 31, 2001. A copy of the Complaint is attached hereto as Exhibit A.

4. Plaintiff mailed a copy of the Summons and Complaint by first class mail postage prepaid to EchoStar Technologies Corporation, 90 Inverness Circle East, Englewood, CO 80112. The Summons and Complaint were mailed on August 31, 2001 from Palo Alto, CA. A copy of the summons received by EchoStar Technologies Corporation is attached hereto as Exhibit B.

5. This Notice of Removal is filed prior to the expiration of thirty days after Defendant received Plaintiff's Complaint, and is therefore timely under 28 U.S.C. § 1446(b).

6. Defendant does not waive any objections or defenses it may have by filing this Notice of Removal, including challenges to personal jurisdiction and/or service of process. *Clark v. Wells*, 203 U.S. 164 (1906).

7. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 for the following reasons:

    a. Plaintiff's Complaint alleges causes of action against Defendant for: (1) breach of contract (Complaint ¶ 17-29), (2) breach of implied covenant of good faith and fair dealing (Complaint ¶ 30-35), (3) indebitatus assumpsit (Complaint ¶ 36-39), (4) quantum meruit, (Complaint ¶ 40-44), (5) intentional misrepresentation (Complaint ¶ 45-51), (6) negligent misrepresentation (Complaint ¶ 52-56) and (7) unfair business practices violation of California Business & Professions Code § 17200 (Complaint ¶ 57-59) all relating to EchoStar's alleged

SQUIRE SANDERS & DEMPSEY LLP
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

NOTICE OF REMOVAL
Case No. _____

SF #: 49439v1

failure to sign a "definitive" agreement in this case.

        b.    Plaintiff alleges that "EchoStar executed a Memorandum of Startup ("MOS") agreeing to pay SunUp more than $1.39 million . . ." (Complaint ¶ 1) and that Defendant breached that agreement. Plaintiff has also prayed for damages of "at least $1,152,200" on its first through third causes of action (Complaint ¶ 29, p.12 ¶ A);and damages of "at least $1,285,000" on its fourth through sixth causes of action (Complaint ¶ 35, p.12 ¶ B). Therefore, the amounts sought by Plaintiff exceed $75,000, and the jurisdictional amount in controversy set forth in 28 U.S.C. § 1332(a) is satisfied. *Mangini v. R.J. Reynolds Tobacco Co.*, 793 F.Supp. 925, 928 (N.D. Cal 1992).

        c.    EchoStar Satellite Corporation is a corporation organized and existing under the laws of Colorado, with its principal place of business in Littleton, Colorado, and is therefore considered a citizen of the state of Colorado pursuant to 28 U.S.C. § 1332(c)(1). Plaintiff's Complaint alleges and admits that "EchoStar is organized and exists under the laws of the state of Colorado. It has its principal place of business in Englewood, Colorado." (Complaint ¶ 3).

        d.    SunUp Design Systems, Inc. alleges and admits that it is a "privately held software company formed in or about April 1992 with its principal place of business in San Jose, California." (Complaint ¶ 2). Defendant is informed and believes, and therefore alleges, that Plaintiff is a citizen of the state of California. Complete diversity, therefore, exists between Plaintiff and Defendant in this action.

    8.    Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Defendant will give written notice hereof to Plaintiff and will file a copy of the Notice with the Clerk of the Santa Clara Superior Court.

    9.    Attached hereto as Exhibit C is a copy of the remainder of the documents from the state court action that have been served on Defendant.

///

SQUIRE SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

NOTICE OF REMOVAL
Case No. _____

SF #: 49439v1

1  WHEREFORE, Defendant hereby removes the above-captioned action now pending in the
2  Superior Court of California for the County of Santa Clara from that court to this Court.

3  Dated: September 28, 2001                    SQUIRE SANDERS & DEMPSEY L.L.P.

                                                By: _____
                                                        Mark C. Dosker

                                                Attorneys for Defendant
                                                ECHOSTAR SATELLITE CORPORATION

NOTICE OF REMOVAL
Case No. _____

SF #: 49439v1

SQUIRE SANDERS &
DEMPSEY LLP
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Suite 300, San Francisco, California 94111.

On September 28, 2001, I served the documents described as:

**NOTICE OF REMOVAL**

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as set forth below:

> Patricia Nicely Kopf
> Patrick E. Premo
> FENWICK & WEST LLP
> Two Palo Alto Square
> Palo Alto, CA  94306

[XX]  **(BY U.S. MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on September 28, 2001, at San Francisco, California.

_____
Johnette P. Smith

SQUIRE SANDERS & DEMPSEY LLP
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

NOTICE OF REMOVAL
Case No. _____

SF #: 49439v1